IN THE UNITED STATES DISCTRIC COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 JUN -2 AM 10: 54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| UNITED STATES OF AMERICA | : | CASE NO. **3 : 17 mj 251** |
| | : | |
| v. | : | ORDER SEALING CRIMINAL |
| | : | COMPLAINT, AFFIDAVIT AND |
| SEALED DOCUMENTS | : | ARREST WARRANT |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Affidavit and Arrest Warrant in the above

captioned case be sealed and kept from public inspection until otherwise ordered by this Court.

SHARON L. OVINGTON
U.S. MAGISTRATE JUDGE